IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH E. MILLER                                                                                           PLAINTIFF
ADC # 144926

v.                                         5:15CV00018-BRW-JJV

GAIL MAINARD, Construction Engineer,
Arkansas Department of Correction, *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 2nd day of February, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE